

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Judith Shoemaker Gibson

No. 06-17-00085-CV

Original Mandamus Proceeding

Opinion delivered by *Justice Carter, Justice Moseley and Justice Burgess participating. *Retired, Sitting by Assignment

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED OCTOBER 24, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk